```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

MINELLY GALARZA,
    Plaintiff,

    v.                                     CIVIL ACTION NO.
                                           16-12590-MBB

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,
    Defendant.

## FINAL JUDGMENT

**December 6, 2017**

**BOWLER, U.S.M.J.**

In accordance with the November 20, 2017 decision, it is **ORDERED** and **ADJUDGED** that the final decision of defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, be **AFFIRMED** and that this action be **DISMISSED**.

                                               /s/ Marianne B. Bowler
                                            **MARIANNE B. BOWLER**
                                            United States Magistrate Judge